Sherri R. GOEPEL, Respondent,

v.

James E. GOEPEL, Appellant.

ED 104912

Missouri Court of Appeals,
Eastern District,
DIVISION THREE.

Filed: December 12, 2017

Michelle Hammond, 1360 South Fifth Street, Suite 269, St. Charles, MO 63301, for appellant.

Mary Ann Weems, Eric M. Tuncil, 7751 Carondelet Avenue, Suite 505; St. Louis, MO 63105, for respondent.

Before: Gary M. Gaertner, Jr, P.J., Robert M. Clayton III, J., and Angela T. Quigless, J.

## ORDER

PER CURIAM.

James E. Goepel appeals from the trial court's judgment dissolving his marriage to Sherri R. Goepel. We have reviewed the briefs of the parties and the record on appeal, and we conclude the trial court committed no reversible error. An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b) (2017).